**Order entered May 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00902-CR
No. 05-20-00903-CR

**DANTONIO SENTELL HOOD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-75151-I & F17-75066-I**

**ORDER**

The reporter's record was filed January 29, 2021. On May 6, 2021, court reporter Yolanda Atkins filed a supplemental reporter's record with a corrected volume 2. We **STRIKE** volume 2 of the January 29, 2021 reporter's record.

The State's brief is due June 1, 2021. *See* TEX. R. APP. P. 4.1(a), 38.6(b).

/s/ DENNISE GARCIA
JUSTICE